IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ALEXIS CRUZ MELCHOR,

Petitioner,

vs.

PAMELA BONDI, Attorney General, KRISTI NOEM, Secretary, U.S. Department of Homeland Security, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,

Respondents.

Case No. 0:26-cv-01234-SHL-LIB

**ORDER STRIKING CONDITIONS OF RELEASE**

On February 21, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered that he be immediately released from custody. (ECF 9.) The Court's Order granting Petitioner's release was unconditional; that is, the Court's Order did not impose conditions of release and did not authorize Respondents to impose conditions of release. (Id.) In a status report filed March 3, 2026, counsel for Petitioner confirmed that Petitioner was released from custody. (ECF 11.) However, Petitioner alleges that Respondents subjected him to an "Order of Release on Recognizance" imposing unlawful conditions of release. (ECF 11-1.) Petitioner "believes these conditions should be removed to fully satisfy the release order." (ECF 11.) The Court agrees.

**IT IS ORDERED THAT:** The Order of Release on Recognizance signed by Petitioner on February 21, 2026 (ECF 11-1) is STRIKEN FROM THE RECORD and the conditions of release detailed therein are ORDERED null and void. If Respondents seek to impose new or different conditions on Petitioner's release, they must follow the appropriate pathway for imposing or modifying conditions of release for individuals on release pursuant to the applicable statutory authority.

**IT IS SO ORDERED.**

Dated: March 3, 2026

STEPHEN H. LOCHER
U.S. DISTRICT JUDGE